**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: CALANDRA LOLITA SCALES** | **CHAPTER 13** |
| **DEBTOR** | **CASE NO.  18-14946 JDW** |

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, Bank of Holly Springs, by and through its attorney and respectfully Objects to Confirmation and treatment under the Plan.

This the 12th day of February, 2019.

> RESPECTFULLY SUBMITTED,
>
> JONES & SCHNELLER, PLLC
> ATTORNEYS AT LAW
> 126 NORTH SPRING STREET
> POST OFFICE BOX 417
> HOLLY SPRINGS, MISSISSIPPI  38635
> (662) 252-3224
>
> BY:\s\ William F. Schneller
>     WILLIAM F. SCHNELLER, MSB 6559
>     ATTORNEY FOR MOVANT
>     wschneller@gmail.com

## CERTIFICATE OF SERVICE

I, William F. Schneller, Attorney for Bank of Holly Springs, does hereby certify that I have this day mailed, postage prepaid or delivered by electronic means, a true and correct copy of the above and foregoing Motion:

**Jimmy E. McElroy**
**3780 S. Mendenhall**
**Memphis, TN 38115**
**(901) 363-7283**
**Email: mcelroylawms@hotmail.com**

**Locke Barkley**
**Chapter 13 Trustee**
**6360 I-55 North, Suite 140**
**Jackson, Mississippi 39211**
**sbeasley@barkley13.com**

**Office of U.S. Trustee**
**501 East Court Street, Suite 6-430**
**Jackson, Mississippi 39201**
**USTPRegion05.AB.ECF@usdoj.gov**

This the 12th day of February, 2019.

\s\ William F. Schneller
WILLIAM F. SCHNELLER

\\NASSERVER\JSData\Clients\B\Bank of Holly Springs\Bankruptcy\scales calandra lolita\objection to confirmation.wpd